# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **LLOYD JEFFREY GILLMAN** | ) | Case No. 13-44301 |
| | ) | |
| **Debtor.** | ) | Honorable Jacqueline P. Cox |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF LLOYD JEFFREY GILLMAN

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $6,970.00 for 18.1 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from March 31, 2015, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $176.00.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1. On November 14, 2013 (the "**Petition Date**"), Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was scheduled for January 8, 2014, was continued to February 5, 2014 and continued again to March 5, 2014.

3. On March 7, 2014, Trustee filed his Report of No Distribution.

4. Between March 7, 2014 and March 12, 2015, many motions and responses were filed between Debtor and Debtor's two brothers, Theodore and Nicholas Nicholas (the "**Nicholas**

**Brothers**"), regarding the extension of time to object to discharge and to enforce an automatic stay.

5. On March 12, 2015, Trustee received a phone call from Debtor's attorney regarding the estate's interest in the Myraid Group, LLC ("**Myraid**"), a Florida limited liability company that Debtor and the Nicholas Brothers, are members. Shortly after the phone call, Trustee received an email from E. Philip Groben, counsel to Theodore Nicholas, offering to purchase the estate's interest in Myraid for $5,000.00.

6. On April 1, 2015, Trustee filed his Initial Report of Assets with the Court.

7. On July 29, 2015, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to March 31, 2015.

8. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

9. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on March 31, 2015. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

10. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and prepared this motion for fees and costs. In connection with the foregoing, Q&B expended 2.0 hours (including 1 hour of estimated time to prepare and finalize the two fee applications and attend court regarding same) for which it requests compensation of $805.00.

2

QB\35892913.1

An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 1.0 |
| Colleen A. Greer | 1.0 |

### B. ASSETS

11.     Trustee initially received an offer from the Nicholas Brothers for $5,000.00 for the purchase of Myriad.

12.     Theodore Nicholas (the "**Purchaser**") offered to purchase the estate's interest in Myraid, free of liens, claims, encumbrances, and interests for $10,000.00 and a waiver of any and all claims Purchaser may have against the debtor's bankruptcy estate. Q&B prepared the motion to authorize the sale.

13.     Debtor's divorcing spouse filed an objection to the sale.. Q&B responded to the objection, researching Section 363(i) and matrimonial property issues. This Court upheld that objection.

14.     On June 9, 2015, however, Judge Hollis granted reconsideration and entered an Order granting Trustee's motion to sell the bankruptcy estate's interest in Myraid.

15.     In connection with the foregoing, Q&B expended 15.9 hours for which it requests compensation of $6,090.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | .5 |
| Sarah K. Baker | 15.4 |

## C. CLAIMS

16. Q&B reviewed the claim of Myraid and contacted the attorney for Myraid for additional information regarding the claim. In connection with the foregoing, Q&B expended .2 hours for which it requests compensation of $75.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .2 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

17. Since March 31, 2015, Q&B has devoted 18.1 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $6,970.00.

18. In addition, Q&B requests reimbursement for necessary costs in the amount of $176.00 for filing fees in connection with the Motion to Sell. Attached as **Exhibit B** is a breakdown of the costs.

19. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

20. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $6,970.00 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $176.00; and

C.  For such other and further relief as this Court may deem equitable and just.

>   Respectfully submitted,
>
>   By: /s/Philip V. Martino
>       Trustee
>   Philip V. Martino
>   Sarah K. Baker
>   QUARLES & BRADY LLP
>   300 North LaSalle Street, Suite 4000
>   Chicago, IL  60654
>   (312) 715-5000

5

QB\35892913.1



101 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2075449  
Invoice Date:     July 29, 2015

Privileged & Confidential

Philip V. Martino as Trustee for  
Lloyd Jeffrey Gillman, Chapter 7 bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through July 29, 2015  
Re: Professional Retention Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
Q & B Matter Number: 157500.00003

|                       |    |        |
|-----------------------|----|--------|
| Current Fees:         | $  | 175.00 |
| Current Total Due:    | $  | 175.00 |
| **TOTAL AMOUNT DUE:** | **$** | **175.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

| | | |
|---|---|---|
| Philip V. Martino as Trustee for Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy | | July 29, 2015 |
| RE: Professional Retention Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy | | Invoice Number: 2075449 |
| Q & B Matter Number: 157500.00003 | | Page 2 |

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 07/17/15 | Prepare draft of motion to employ Quarles & Brady as counsel for Trustee (.5). | CGREER | 0.50 |
| 07/22/15 | Begin draft of first and final application for fees and costs for Quarles & Brady LLP (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 1.00 | | 175.00 |

| | | | |
|---|---|---|---|
| Total Fees: | | $ | 175.00 |



101 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2075451  
Invoice Date: July 29, 2015

Privileged & Confidential

Philip V. Martino as Trustee for  
Lloyd Jeffrey Gillman, Chapter 7 bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through July 29, 2015  
Re: Assets Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
Q & B Matter Number: 157500.00005

| | |
|---|---|
| Current Fees: | $6,090.00 |
| Current Total Due: | $6,090.00 |
| **TOTAL AMOUNT DUE:** | $6,090.00 |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
RE: Assets Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
Q & B Matter Number: 157500.00005

July 29, 2015  
Invoice Number: 2075451  
Page 2

| Date | Description | Professional | Hours |
| --- | --- | --- | --- |
| 03/31/15 | Review e-mail from P. Martino regarding settlement in Lloyd Gillman case. | SBAKER | 0.10 |
| 04/17/15 | Draft Sale Motion regarding interest in Myraid Group LLC. | SBAKER | 2.50 |
| 04/20/15 | Review and revise Sale Motion. | SBAKER | 1.30 |
| 04/20/15 | Review and revise motion to sell myriad LLC interests. | PMARTINO | 0.30 |
| 04/21/15 | Review and approve sale motion. | PMARTINO | 0.20 |
| 04/21/15 | Revise Sale Motion. | SBAKER | 0.30 |
| 04/21/15 | Draft e-mails to P. Grobin regarding Sale Motion. | SBAKER | 0.20 |
| 04/22/15 | Review e-mail from P. Groban regarding motion to sell interest in Myraid. | SBAKER | 0.10 |
| 04/22/15 | Prepare notice of motion and motion to sell interest in Myraid. | SBAKER | 0.40 |
| 04/28/15 | Telephone call with S. Branch regarding sale of Myraid Interest. | SBAKER | 0.10 |
| 04/29/15 | Review e-mail from E. Valderhaug regarding sale of Myraid interest. | SBAKER | 0.10 |
| 04/30/15 | Review complaint regarding Myraid interest and e-mail potential asset purchasers regarding same. | SBAKER | 0.40 |
| 05/11/15 | Review correspondence from R. Fimoff regarding objection to sale motion. | SBAKER | 0.20 |
| 05/11/15 | Review e-mail from E. Valderhaug regarding asset sale. | SBAKER | 0.10 |
| 05/12/15 | Telephone call with R. Fimoff regarding sale motion. | SBAKER | 0.20 |
| 05/12/15 | Research regarding 363(i) and community property. | SBAKER | 1.00 |
| 05/12/15 | Telephone call with P. Martino regarding potential objection to sale motion. | SBAKER | 0.10 |
| 05/13/15 | Review objection to sale motion and prepare oral argument for hearing. | SBAKER | 2.00 |
| 05/14/15 | Attend hearing on Motion to Sell Myraid interest. | SBAKER | 1.10 |
| 05/14/15 | Telephone call with P. Martino regarding hearing on Sale Motion. | SBAKER | 0.10 |
| 05/14/15 | Draft e-mail to P. Grobin and G. Krol regarding hearing on Sale Motion. | SBAKER | 0.10 |

Philip V. Martino as Trustee for Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy

RE: Assets Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy

Q & B Matter Number: 157500.00005

July 29, 2015

Invoice Number: 2075451

Page 3

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 05/28/15 | Telephone call with P. Grobin regarding motion to amend judgment. | SBAKER | 0.20 |
| 05/28/15 | Review motion to alter or amend judgment. | SBAKER | 0.20 |
| 06/04/15 | Attend hearing on Motion to Alter or Amend Judgment. | SBAKER | 1.00 |
| 06/04/15 | Draft e-mail to R. Finoff and P. Groben regarding Proposed Sale Order. | SBAKER | 0.10 |
| 06/05/15 | Finalize proposed sale order. | SBAKER | 0.50 |
| 06/09/15 | Draft e-mails to P. Groban regarding sale order and transfer documents. | SBAKER | 0.20 |
| 06/10/15 | Review and respond to e-mail from R. Fimoff regarding transfer of Myraid interest. | SBAKER | 0.20 |
| 06/10/15 | Finalize settlement Motion, Notice, and Order. | SBAKER | 0.50 |
| 06/11/15 | Review and respond to e-mail form P. Groben regarding transfer documents. | SBAKER | 0.10 |
| 06/12/15 | Review and revise LLC interest transfer document. | SBAKER | 1.50 |
| 06/15/15 | Review and respond to e-mails from P. Groben regarding changes to Sale Transfer document. | SBAKER | 0.30 |
| 06/17/15 | Review e-mail from P. Groben regarding executed transfer document. | SBAKER | 0.10 |
| 07/08/15 | Telephone call with A. Bobo regarding Florida litigation. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.50 | 630.00 | 315.00 |
| SBAKER | Sarah K. Baker | 15.40 | 375.00 | 5,775.00 |
| Total | | 15.90 | | 6,090.00 |

Total Fees:  $  6,090.00



101 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2075448  
Invoice Date:     July 29, 2015

Privileged & Confidential

Philip V. Martino as Trustee for  
Lloyd Jeffrey Gillman, Chapter 7 bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through July 29, 2015  
Re: Claims Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
Q & B Matter Number: 157500.00004

| | | |
|---|---|---|
| Current Fees: | $ | 75.00 |
| Current Total Due: | $ | 75.00 |
| **TOTAL AMOUNT DUE:** | **$** | **75.00** |

EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy

July 29, 2015

RE: Claims Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy

Invoice Number: 2075448

Q & B Matter Number: 157500.00004

Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 07/06/15 | Draft e-mail to P. Groben regarding Myraid proof of claim. | SBAKER | 0.10 |
| 07/06/15 | Review proof of claims filed by Myraid LLC. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.20 | 375.00 | 75.00 |
| Total | | 0.20 | | 75.00 |

Total Fees:  $  75.00

**Quarles & Brady LLP**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 2075450 |
| Invoice Date: | July 29, 2015 |

Privileged & Confidential

Philip V. Martino as Trustee for
Lloyd Jeffrey Gillman, Chapter 7 bankruptcy
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 29, 2015
Re: General/Costs Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy
Q & B Matter Number: 157500.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 176.00 |
| Current Total Due: | $ | 176.00 |
| **TOTAL AMOUNT DUE:** | **$** | **176.00** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
RE: General/Costs Lloyd Jeffrey Gillman, Chapter 7 Bankruptcy  
Q & B Matter Number: 157500.00006

July 29, 2015  
Invoice Number: 2075450  
Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---:|
| 04/24/15 | Baker, Sarah, K. Reimbursement to Sarah Baker for filing transaction fee. | $ | 176.00 |
| | Total Disbursements: | $ | 176.00 |
| | Total Fees and Disbursements: | $ | 176.00 |

Case 13-44301    Doc 89    Filed 08/21/15    Entered 08/21/15 10:34:49    Desc Main
Document    Page 14 of 17

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her hourly billing rate for fiscal year 2013 was $345.50; 2014 fiscal year is $365.00; and her current hourly billing rate is $375.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years.  Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS**    )
                         ) SS
**COUNTY OF COOK**       )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\35892913.1

EXHIBIT D

10.     I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\35892913.1