JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

CHICAGO  DIVISION

In re:                                §
                                      §
GILLMAN, LLOYD JEFFREY                §        Case No. 13-44301
                                      §
            Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   CLERK OF THE BANKRUPTCY COURT
   219 SOUTH DEARBORN STREET,  ROOM 713
   CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/24/2015 in Courtroom 680,

   Unites States Bankruptcy Court
   219 South Dearborn Street
   Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/21/2015            By: Clerk of the Bankruptcy Court
                                          Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
GILLMAN, LLOYD JEFFREY § Case No. 13-44301
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 39.20 |
| leaving a balance on hand of[1] | $ | 9,960.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 6,970.00 | $ 0.00 | $ 6,970.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 176.00 | $ 0.00 | $ 176.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,896.00 |
| Remaining Balance | | $ | 1,064.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 759,601.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Florencio & Demetria Serain | $ 20,234.65 | $ 0.00 | $ 28.36 |
| 000002 | Myraid Group, LLC | $ 40,000.00 | $ 0.00 | $ 56.07 |
| 000003 | Estate of Republic Windows & Doors, LLC | $ 699,366.46 | $ 0.00 | $ 980.37 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,064.80 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                             Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                    United States Bankruptcy Court
                     Northern District of Illinois

In re:                                                    Case No. 13-44301-JPC
Lloyd Jeffrey Gillman                                     Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan             Page 1 of 2      Date Rcvd: Aug 24, 2015
                              Form ID: pdf006             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2015.
db           +Lloyd Jeffrey Gillman,    505 N Lake Shore Drive #3904,    Chicago, IL 60611-3408
21222668     +ABC Glass Enclosures LLC,    650 E Algonquin Road Ste. 404,    Schaumburg, IL 60173-3853
21222669      Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
21222672     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21222673     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
21222674     +Citicorp Credit Services,    P.O. Box 1503,    Saint Peters, MO 63376-0027
21222675     +Dr. Christopher Mahr,    Northwest Orthopedics,    7447 W. Talcott, Ste. 500,
               Chicago, IL 60631-3716
23386461     +Estate of Republic Windows & Doors, LLC,    c/o Phillip D. Levey, Trustee,
               2722 North Racine Avenue,    Chicago, IL 60614-1206
21222677     +Florencio & Demetria Serain,    c/o Randall Wolff & Assoc. Ltd.,
               3325 N Arlington Heights Rd. #500,    Arlington Heights, IL 60004-1584
21222678      Helen Thanasouras,    505 N Lake Shore Drive #3904,    Chicago, IL 60611-3408
21222679     +Intervest National Bank,    1 Rockefeller Plaza,    New York, NY 10020-2081
21222680     +Lutz, Bobo, & Telfair P.A.,    1 Sarasota Tower, Suite 500,    2 North Tamiami Trail,
               Sarasota, FL 34236-5574
21222681     +Mb Fin Svcs,   36455 Corporate Dr,    Farmington Hills, MI 48331-3552
21222682      Mercedes Benz Financial,    PO Box 9001680,   Louisville, KY 40290-1680
21245498      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
23461120     +Myraid Group, LLC,   c/o Cohen & Krol,    105 W. Madison,    Chicago, IL 60602-4602
21222683     +Myraid LLC,    CORPORATION SERVICE COMPANY,    1201 HAYS STREET,    Tallahassee, FL 32301-2699
21222685     +NTN Investments LLC,    c/o Richard Lucas,    881 Lake Street,   Addison, IL 60101-2044
21222686     +NY Jets Stadium Development LLC,    One Jets Drive,    Florham Park, NJ 07932-1215
21222684     +Northwestern Memorial Hospital,    251 E. Huron St.,    Chicago, IL 60611-3055
23292799     +Randall A. Wolff,    3325 N Arlington Heights Road,    Suite 500,
               Arlington Heights, IL 60004-1584
21222688     +Republic Windows & Doors LLC,    c/o Daniel Cox,   150 S Wacker Dr., Ste. 2600,
               Chicago, IL 60606-4202
21222689     +Trustee Phillip Levey,    Republic Windows & Doors LLC,    2722 N Racine Ave,
               Chicago, IL 60614-1206
21222690      United Mileage Plus Visa,    PO Box 15298,    Wilmington, DE 19850-5298
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21222670      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 25 2015 02:00:51     Asset Accceptance LLC,
               P.O. Box 2036,   Warren, MI 48090-2036
21222671     +E-mail/Text: ebn@squaretwofinancial.com Aug 25 2015 02:01:41    Cach, Llc,
               4340 S Monaco St Unit 2,    Denver, CO 80237-3408
21222691     +E-mail/Text: bankruptcy@wrightexpress.com Aug 25 2015 02:00:56    WEX,   97 Darling Ave,
               South Portland, ME 04106-2301
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21222676         Extra Space Storage
21222687       ##+Primary Financial Services LLC,   3115 North 3rd Ave. Ste. 112,    Phoenix, AZ 85013-4387
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: esullivan             Page 2 of 2                  Date Rcvd: Aug 24, 2015
                              Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2015 at the address(es) listed below:

```
              Amy J Hansen     on behalf of Creditor Phillip D. Levey ahansen@lstllp.com,  docketing@lstllp.com
              Daniel F Lynch     on behalf of Creditor Phillip D. Levey dlynch@lstllp.com,  docketing@lstllp.com
              E. Philip  Groben     on behalf of Creditor    N.T.N. Investments, LLC pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              E. Philip  Groben     on behalf of Creditor Theodore G. Nicholas pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ     on behalf of Creditor Theodore G. Nicholas gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ     on behalf of Creditor    N.T.N. Investments, LLC gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Jonathan D. Golding     on behalf of Debtor Lloyd Jeffrey Gillman jgolding@goldinglaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ     on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Richard H Fimoff     on behalf of Interested Party Heleen  Thanas rfimoff@rsplaw.com,  fb@rsplaw.com
              Sarah  Baker     on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 12
```