JACQUELINE P. COX

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
GILLMAN, LLOYD JEFFREY § Case No. 13-44301
§
§
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 1,070.07
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,064.80      Claims Discharged
                                                 Without Payment: 1,669,677.98

Total Expenses of Administration: 8,935.20

---

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,234,639.27 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,935.20 | 8,935.20 | 8,935.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 941,057.24 | 759,601.11 | 759,685.54 | 1,064.80 |
| **TOTAL DISBURSEMENTS** | $ 2,175,696.51 | $ 768,536.31 | $ 768,620.74 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 11/14/2013 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2016         By:/s/PHILIP V. MARTINO
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MYRAID GROUP LLC (16.5%) | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mb Fin Svcs 36455 Corporate Dr Farmington Hills, MI 48331 | | 9,031.00 | NA | NA | 0.00 |
| | NTN Investments LLC c/o Richard Lucas 881 Lake Street Addison, IL 60101 | | 493,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NY Jets Stadium Development LLC One Jets Drive Florham Park, NJ 07932 | | 33,242.27 | NA | NA | 0.00 |
| | Republic Windows & Doors LLC c/o Daniel Cox 150 S Wacker Dr., Ste. 2600 Chicago, IL 60602 | | 699,366.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,234,639.27** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| ASSOCIATED BANK | 2600-000 | NA | 39.20 | 39.20 | 39.20 |
| QUARLES & BRADY LLP | 3110-000 | NA | 6,970.00 | 6,970.00 | 6,970.00 |
| QUARLES & BRADY LLP | 3120-000 | NA | 176.00 | 176.00 | 176.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,935.20** | **$ 8,935.20** | **$ 8,935.20** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Glass Enclosures LLC 650 E Algonquin Road Ste. 404 Schaumburg, IL 60173 | | 384,088.77 | NA | NA | 0.00 |
| | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | 0.00 | NA | NA | 0.00 |
| | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | 0.00 | NA | NA | 0.00 |
| | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 61,434.00 | NA | NA | 0.00 |
| | Asset Accceptance LLC P.O. Box 2036 Warren, MI 48090-2036 | | 6,481.23 | NA | NA | 0.00 |
| | Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 1,070.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 288.00 | NA | NA | 0.00 |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Citicorp Credit Services P.O. Box 1503 Saint Peters, MO 63376 | | 34,500.00 | NA | NA | 0.00 |
| | Dr. Christopher Mahr Northwest Orthopedics 7447 W. Talcott, Ste. 500 Chicago, IL 60631 | | 1,000.00 | NA | NA | 0.00 |
| | Helen Thanasouras 505 N Lake Shore Drive #3904 Chicago, IL 60611-3408 | | 300,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intervest National Bank 1 Rockefeller Plaza New York, NY 10020-2002 | | 0.00 | NA | NA | 0.00 |
| | Lutz, Bobo, & Telfair P.A. 1 Sarasota Tower, Suite 500 2 North Tamiami Trail Sarasota, FL 34236 | | 20,000.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital 251 E. Huron St. Chicago, IL 60611 | | 2,000.00 | NA | NA | 0.00 |
| | United Mileage Plus Visa PO Box 15298 Wilmington, DE 19850-5298 | | 49,691.92 | NA | NA | 0.00 |
| | United Mileage Plus Visa PO Box 15298 Wilmington, DE 19850-5298 | | 50,503.32 | NA | NA | 0.00 |
| | CLERK OF THE U.S. BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 84.43 | 84.43 |
| 000003 | ESTATE OF REPUBLIC WINDOWS & DOORS, | 7100-000 | NA | 699,366.46 | 699,366.46 | 980.37 |
| 000001 | FLORENCIO & DEMETRIA SERAIN | 7100-000 | 30,000.00 | 20,234.65 | 20,234.65 | 0.00 |
| 000002 | MYRAID GROUP, LLC | 7100-000 | NA | 40,000.00 | 40,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 941,057.24 | $ 759,601.11 | $ 759,685.54 | $ 1,064.80 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-44301 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|---|
| Case Name: | GILLMAN, LLOYD JEFFREY | | | | Date Filed (f) or Converted (c): | 11/14/13 (f) |
| | | | | | 341(a) Meeting Date: | 01/08/14 |
| For Period Ending: | 01/11/16 | | | | Claims Bar Date: | 07/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 2. BAYVIEW BANK & TRUST XX1387 | 20.00 | 0.00 | | 0.00 | FA |
| 3. JPMORGAN CHASE BANK NA XX2328 | 0.02 | 0.00 | | 0.00 | FA |
| 4. JPMORGAN CHASE BANK NA XX9684 SHOWS NEGATIVE BALAN | 0.05 | 0.00 | | 0.00 | FA |
| 5. US TREASURE BOND ACCOUNT | 250.00 | 0.00 | | 0.00 | FA |
| 6. NY JETS SEASON TICKETS LICENSE | Unknown | 0.00 | | 0.00 | FA |
| 7. LOCATION: 505 N LAKE SHORE DRIVE #3904, CHICAGO IL | 500.00 | 0.00 | | 0.00 | FA |
| 8. FSG VENTURES LLC (1%) | Unknown | 0.00 | | 0.00 | FA |
| 9. MYRAID GROUP LLC (16.5%) | 0.00 | 0.00 | | 10,000.00 | FA |
| 10. YAYA TOO LLC (50%) DEFUNCT WINDOW REPLACEMENT COMP | Unknown | 0.00 | | 0.00 | FA |
| 11. SOLD TO SON IN MARCH 2012, TITLE HAS NOT YET BEEN | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $1,070.07        $0.00        $10,000.00        $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/7/16 requested interim statement from bank in preparation for TDR to be submitted to U.S. Trustee.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    PHILIP V. MARTINO
_____    Date: 01/11/16

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-44301   JPC   Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GILLMAN, LLOYD JEFFREY | Date Filed (f) or Converted (c): | 11/14/13 (f) |
| | | 341(a) Meeting Date: | 01/08/14 |
| | | Claims Bar Date: | 07/06/15 |

PHILIP V. MARTINO

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-44301 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GILLMAN, LLOYD JEFFREY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9986 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0375 | | | |
| For Period Ending: | 01/11/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 04/27/15 | 9 | Ted Nicholas<br>Nicholas Nicholas | Purchase of Myraid Group LLC<br>The bank did not have the account open when I took the check to be deposited on 4/27. Time lag in computer. Will deposit the check 4/28. | 1129-000 | 10,000.00 | | 10,000.00 |
| C | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| C | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 9,975.15 |
| C | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.35 | 9,960.80 |
| C | 09/28/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,750.00 | 8,210.80 |
| C | 09/28/15 | 005002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>    Fees         6,970.00<br>    Expenses    176.00 | <br>3110-000<br>3120-000 | | 7,146.00 | 1,064.80 |
| * C | 09/28/15 | 005003 | Florencio & Demetria Serain<br>c/o Randall Wolff & Assoc. Ltd.<br>3325 N Arlington Heights Rd. #500<br>Arlington Heights, IL 60004 | Claim 000001, Payment 0.14016%<br>(1-1) Account Number (last 4 digits):4439 | 7100-004 | | 28.36 | 1,036.44 |
| * C | 09/28/15 | 005004 | Myraid Group, LLC<br>c/o Cohen & Krol<br>105 W. Madison<br>Chicago, IL 60603 | Claim 000002, Payment 0.14018% | 7100-004 | | 56.07 | 980.37 |
| C | 09/28/15 | 005005 | Estate of Republic Windows & Doors, LLC<br>c/o Phillip D. Levey, Trustee<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Claim 000003, Payment 0.14018%<br>(3-1) Judgment | 7100-000 | | 980.37 | 0.00 |
| * C | 01/05/16 | 005003 | Florencio & Demetria Serain<br>c/o Randall Wolff & Assoc. Ltd.<br>3325 N Arlington Heights Rd. #500<br>Arlington Heights, IL 60004 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -28.36 | 28.36 |
| * C | 01/05/16 | 005004 | Myraid Group, LLC | Stop Payment Reversal | 7100-004 | | -56.07 | 84.43 |

Page Subtotals        10,000.00        9,915.57

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-44301 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | GILLMAN, LLOYD JEFFREY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9986 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0375 | | |
| For Period Ending: | 01/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/05/16 | 005006 | c/o Cohen & Krol<br>105 W. Madison<br>Chicago, IL 60603<br>Clerk of the U.S. Bankruptcy Court | STOP PAY ADD SUCCESSFUL<br><br>Turnover of Unclaimed Funds<br>Claim 00001 - Florencio & Demetria Serain - $28.36<br>Claim 00002 - Myraid Group LLC - $56.07 | 7100-000 | | 84.43 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********9986 | 10,000.00 | 10,000.00 | 0.00 |
| | 10,000.00 | 10,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      84.43

Ver: 19.05a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*